PLG DAMAGE ATTORNEYS
VINIT R. VENKATESH, ESQ (367857)
2750 SW 145TH AVENUE #509
MIRAMAR, FLORIDA 33027
VV@PLGDAMAGE.COM
ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**Rhonda Deas,**

Plaintiff,

v.

**THREE HYPHENS LLC.,**

Defendant.

Case No.: 2:26-cv-01862-DAD-SCR

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that, pursuant to Eastern District of California Local Rule 160 (a), Plaintiff Rhonda Deas, by and through his counsel of record, hereby notifies the Court that the parties have reached a settlement in principle resolving Plaintiff' s individual claim.

The parties are currently in the process of finalizing and executing the formal, written settlement agreement. Pursuant to Local Rule 160( b), the parties anticipate filing the appropriate dispositional document (Joint Stipulation for Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)) within twenty- one (21) days of this Notice, or as otherwise ordered by the Court.

Dated: September 16, 2026

Respectfully submitted,
By: */s/ Vinit Roy Venkatesh*
Vinit Roy Venkatesh, Esq.
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026 , I electronically filed the foregoing document with the Clerk of the Court using the CM/ ECF system, which will send notification of such filing to all attorneys of record registered to receive electronic service in thiscase.

By: */s/ Vinit Roy Venkatesh*
Vinit Roy Venkatesh, Esq.